UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PATRICIA THOMAS-O'NEIL,

                              Plaintiff,

   -vs-

                                           **Case No. 11-CV-4358**

FORSTER & GARBUS, LLP,

                              Defendant.

---

## NOTICE OF SETTLEMENT

Defendant Forster & Garbus, LLP ("F&G"), by and through its attorneys, Davidson Fink LLP, hereby notifies the Court that the above-entitled action has been settled. Both parties have agreed to the settlement of this matter and documents are currently being exchanged between the parties to be filed with the Court upon their execution.

DATED: December 8, 2011

                                                              /s/:  Glenn M. Fjermedal
                                                              Glenn M. Fjermedal, Esq.
                                                              Davidson Fink LLP
                                                              28 East Main Street, Suite 1700
                                                              Rochester, NY 14614
                                                              Telephone:  (585) 546-6448

                                                              Attorney for Defendant
                                                              Forster & Garbus, LLP