UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
Patricia Thomas-O'Neil,

                               Plaintiff,

    -vs-
Foster & Garbus, LLP,

                              Defendant.
------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ FEB 29 2012 ★

BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

CV- 11-4358 (NGG)

GARAUFIS, District Judge.

    It having been reported to the Court that the above action has been settled, it is

    ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                                        SO ORDERED.

                                                        s/Nicholas G. Garaufis

DATED: Brooklyn, N.Y.
           February 29, 2012